## 1742 Bar, Incorporated, Liquor License Case.

Argued December 16, 1965. *Abraham J. Levinson,* for appellant; *James Iannucci,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

FLOOD, J., absent.

## Storm *v.* Storm, Appellant.

Argued December 15, 1965. *Donald H. Lipson,* with him *Martin H. Philip,* for appellant; *John P. Lavelle,* with him *Marianne S. Lavelle,* and *Shutack, Lavelle & Lavelle,* for appellee.

Order affirmed.

FLOOD, J., absent.